United States District Court
Southern District of Texas
**ENTERED**
June 21, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELBY MOORE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:18-cv-478 |
| | § | |
| HARMS FARMS TRUCKING INC., and | § | |
| JASON WESLEY GUERNSEY, | § | |
| Defendants. | § | |

## DISMISSAL ORDER

In accordance with this court's May 29, 2019 Order (Dkt. #23), the parties have filed a Joint Stipulation of Dismissal that is joined by Toni Kellar and Jose Bardier as next friends on behalf of minors C.M., C.M., and C.M. The stipulation also represents that all settlement funds received on behalf of the children will be managed in accordance with Texas law. Therefore, this case is dismissed with prejudice in its entirety.

Signed at Houston, Texas, on June 21st, 2019.

Christina A. Bryan
United States Magistrate Judge